ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KARIM ABI CHAKRA, | No. 4:23-CV-00916-DMR |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER (AS MODIFIED) REGARDING JOINT REQUEST TO STAY PROCEEDINGS** |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

    Plaintiff and Defendants, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 31, 2023. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiff filed this action seeking adjudication of his Form I-485, Application to Register Permanent Residence or Adjust Status, as well as relief under the Freedom of Information Act ("FOIA"). United States Citizenship and Immigration Services ("USCIS") has scheduled Plaintiff's interview for June 7, 2023, and the agency expects to take initial adjudicative action on the petition by mid-July.

STIPULATION AND ORDER
23-CV-00916 DMR                  1

Accordingly, the parties request that the proceedings in this case be stayed until July 31, 2023, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. The parties request that the stay be without prejudice to any defenses that Defendants may raise in response to the allegations in the Complaint, including a motion under Rule 12(b), if appropriate.

DATED: May 5, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ *Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
*Attorneys for Defendants*

/s/ *Sarah Kate Heilbrun**
SARAH KATE HEILBRUN
*Attorney for Plaintiff*

* *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 8, 2023

DONNA M. RYU
Chief United States Magistrate Judge

STIPULATION AND ORDER
23-CV-00916 DMR                                    2